■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRED VANGORDER, Appellant. [987 NYS2d 589]—Appeal from an order of the Monroe County Court (John L. DeMarco, J.), entered March 18, 2013. The order determined that defendant is a level two risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Peradotto, Sconiers and DeJoseph, JJ.